to the Supreme Court of Illinois denied. *Messrs. James M. Beck, Ferre C. Watkins, Perry J. Ten Hoor* for petitioners. *Messrs. J. Kent Greene, Oscar E. Carlstrom,* and *W. H. Sexton* for respondent.

No. 345. BERLIN *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham S. Gilbert* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John H. McEvers,* and *Wm. H. Riley, Jr.,* for respondent.

No. 352. FRUIT GROWERS EXPRESS Co. *v.* PLATE ICE Co. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. W. G. Brantley, W. G. Brantley, Jr.,* and *Carl H. Richmond* for petitioner. No appearance for respondent.

No. 355. RADIO CORPORATION *v.* HAZELTINE CORP. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Stephen H. Philbin* and *Charles Neave* for petitioner. *Messrs. Wm. H. Davis* and *R. Morton Adams* for respondent.

No. 370. UNITED FRUIT Co. *v.* GERRADIU. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roscoe H,*

*Hupper* for petitioner. *Mr. Benjamin Bernstein* for respondent. Reported below: 60 F. (2d) 927.

No. 307. MT. VERNON, ALEXANDRIA & WASHINGTON RY. CO. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. F. E. Scott* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Whitney North Seymour* for the United States.

No. 324. ARKALIAN *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Denver S. Church* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 329. HESKETT ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Will R. King* for petitioners. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *Wm. H. Riley, Jr.,* for the United States.

No. 333. CHICKASAW NATION *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Melvin Cornish* and *Wm. H. Fuller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, George T. Stormont, Charles H. Small,* and